IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SYMETRA LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 3:08-0762 |
| | ) | |
| GLENDA BARNETT-STREICHER and | ) | Judge Nixon |
| JAMES COONS, | ) | Magistrate Judge Bryant |
| | ) | |
| *Defendants.* | ) | |

## ORDER

Pending before the Court is what has been liberally construed as Defendant Glenda Barnett-Streicher's ("Defendant" or "Barnett-Streicher") Motion for Summary Judgment ("Defendant's Motion") (Doc. No. 18) in an interpleader action over the proceeds of a life insurance policy, for which Barnett-Streicher and Co-defendant James Coons ("Coons") are both primary beneficiaries. On August 25, 2009, the Magistrate Judge entered an Order to Show Cause requiring Coons to respond to the Motion for Summary Judgment by September 30, 2009 (Doc. No.19). Co-defendant has not responded.

On November 13, 2009, the Magistrate Judge issued a Report and Recommendation ("Report") (Doc. No. 21), recommending that Defendant's Motion be GRANTED. No timely objections have been filed.

Upon review, the Court finds the Report to be well-founded and, pursuant to FED. R. CIV. P. 72, **ADOPTS** the Report in its entirety. Therefore, Defendant's Motion is **GRANTED**.

It is so ORDERED.

Entered this _18th_ day of December, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT